# EXHIBIT
# 1

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry     07/29/2020

     On 7/23/2020, Pursuant to an arrest warrant issued in the District Of Massachusetts, Special Agents of the Federal Bureau of Investigation located and arrested PEDRO VILLOT-SANTIAGO at 177 Lincoln St Fitchburg Massachusetts.

In the early morning of 7/23/20 both personal vehicles for VILLOT-SANTIAGO were located at 177 Lincoln St Fitchburg.  MA reg. 1HYC25 was parked out front of 177 Lincoln St on the street and and MA 569YN5 was parked in the driveway.  During this investigation VILLOT-SANTIAGO would routinely sleep overnight at this address which is the apartment of his girlfriend BRYANNA MOREY and would commonly use either vehicle.

At 0600 hours the following agents/ officers approached the residence of 177 Lincoln St.  TFO John Bartolomucci, A/SSA William McDermott, SA Michael Little, TFO Matthew Heslam, Trooper Rafael Cazares Massachusetts State Police (MSP), Sgt. Steve McDonald MSP and Detective Franc Belaguer Fitchburg Police.

At the front door TFO Bartolomucci knocked and announced our police presence. Agents could here movement inside the residence but no one was opening the front door.  An individual was observed looking out the bedroom window by agents on perimeter and quickly shut the shade.  After a approx. 2-3 minutes forced entry was made at the front door.  Once the door was open agents held their positions outside the residence until PEDRO VILLOT-SANTIAGO appeared from the bedroom approaching the front door towards our location.  VILLOT-SANTIAGO was then secured and placed under arrest.  After VILLOT-SANTIAGO was secured a female appeared from the bedroom who was identified as BRYANNA MOREY.  I then explained the circumstances to MOREY that we had a Federal Arrest warrant for PEDRO VILLOT-SANTIAGO. MOREY then identified herself as the sole resident of 177 Lincoln St Fitchburg and that VILLOT-SANTIAGO was her boyfriend.  I then asked

---

Investigation on   07/23/2020   at   Fitchburg, Massachusetts, United States (In Person)

File #                                                                                                    Date drafted   07/27/2020

by   BARTOLOMUCCI JOHN ANTHONY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO-009694

Continuation of FD-302 of  (U) 7/23/2020 Arrest of Pedro Villot-Santiago with money and Firearm seizure   , On  07/23/2020   , Page   2 of 3

MOREY for consent to be present in her residence and to further conduct a search.  MOREY freely and voluntary stated that we could at that time verbally.

VILLOT-SANTIAGO was then removed from the residence and placed outside.  I then read and explained Miranda Warnings to MOREY. MOREY signed an Advice of Rights stated that she understood.  I then further explained how we wished to search her residence and MOREY also signed a Consent search form authorizing agents to search the residence.  I explained to Morey that she can refuse at any time.  Prior to this no agents or officers conducted any search other than a protective sweep to confirm no one else was present.  MOREY explained that she is the lesee for the apartment and the only one who pays rent to reside at 177 Lincoln St Fitchburg.  MOREY stated that VILLOT-SANTIAGO is her boyfriend of two years and routinely sleeps at this location however his residence is at 23 Congress St apartment 2 Fitchburg.

Trooper Cazares read VILLOT-SANTIAGO his rights under Miranda at which time he stated he understood but refused to sign the Miranda form.  The Advise warnings were read in Spanish.  After his Miranda Warning I asked VILLOT-SANTIAGO if he had a problem with us searching the residence and VILLOT-SANTIAGO would not cooperative in answering the question only stating that "you just have an arrest warrant right?"  I further asked the question again if there was a problem if we searched his girlfriends residence and VILLOT-SANTIAGO stated, "I have nothing to say to you". VILLOT-SANTIAGO speaks English and Spanish fluently.

After consent was granted by MOREY agents conducted a search that was mainly isolated to the bedroom where both MOREY and VILLOT-SANTIAGO were in.  Photos were taken by TFO Heslam. During the search located in plain view was three bags on the floor which two of the three were open to view the contents of the bags.  Inside the bags was a large amount of US currency in all three bags.  Two of the bags were drawstring gym type bags and the third was a paper bag.  The paper bag was wide open to see inside.  One of the drawstring bags was open a small amount to see there was currency inside.  The third bag was identical to the other drawstring bag and the contents from the outside was clear that it contained the same, US currency.   Further search revealed a loaded firearm under the mattress of the single bed in the room.  The firearm was a Smith and Wesson .38

USAO-009695

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) 7/23/2020 Arrest of Pedro Villot-Santiago with money and Firearm seizure ,On 07/23/2020 ,Page 3 of 3

revolver.  There was other areas in the room where large amounts of currency was located.  MOREY stated that was all hers from tending bar at a local restaurant in Fitchburg.  MOREY stated the contents of the three bags were not hers and she had seen them there when she came home late last night but didn't know what was in them.  The currency that MOREY stated was hers remained and was not seized.  MOREY stated that the three bags were not hers and she had never seen the firearm under the bed before.

MOREY explained that VILLOT-SANTIAGO has a few personal items here at 177 Lincoln St but most of his property, clothing etc was at 23 Congress St #2 Fitchburg.  VILLOT-SANTIAGO sleeps on the right side of the bed which is next to where the money was located.  Also the angle of which the firearm was placed under the mattress it would be accessible for the person at the right side of the bed.

Seized from the residence of 177 Lincoln St Fitchburg:

-three bags of currency which was later counted to contain $252,600.00 in US Currency.

-one Smith and Wesson firearm, 38 caliber, serial # CRA4768 with four rounds in the chamber.  One chamber was empty.  The Firearm also had a laser sight attached.  It was later found that the firearm was reported stolen from Charlton MA on 3/29/2016.

Arrest documents, Miranda, consent forms and photos are attached as 1A's